UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ALLEN CLARK,

    Petitioner,

  v.

ERIC ARNOLD,

    Respondent.

Case No. 14-cv-05285-JD

**ORDER OF DISMISSAL**

This pro se habeas action was filed on December 2, 2014. On December 18, 2014, the Court notified petitioner that he had neither paid the five dollar filing fee nor submitted a completed application for leave to proceed in forma pauperis. A copy of the Court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within twenty-eight days the case would be dismissed. More than twenty-eight days have passed and petitioner has not paid the fee or filed an application to proceed in forma pauperis.

This case is therefore **DISMISSED** without prejudice. The clerk shall close this file. To reopen this case petitioner must file a completed in forma pauperis application and request the case to be reopened.

**IT IS SO ORDERED**.

Dated: March 9, 2015

_____

JAMES DONATO

United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ALLEN CLARK,

    Plaintiff,

  v.

ERIC ARNOLD,

    Defendant.

Case No.   14-cv-05285-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 3/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Allen Clark ID: E12050
California State Prison, Solano III
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: 3/9/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2