UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ALLEN CLARK,

    Petitioner,

v.

ERIC ARNOLD,

    Respondent.

Case No. 14-cv-05285-JD

**ORDER REOPENING CASE**

This pro se habeas action was dismissed without prejudice due to petitioner's failure to pay the filing fee or submit a motion to proceed in forma pauperis. Petitioner has now paid the filing fee. The Order of Dismissal (Docket No. 8) is **VACATED** and this case is **REOPENED**. The Court will review the petition in a separate order.

**IT IS SO ORDERED.**

Dated: May 19, 2015

                                                                                                                                       _____

                                                                                                                                       JAMES DONATO
                                                                                                                                       United States District Judge

1
2
3
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6
7    JAMES ALLEN CLARK,                    Case No.  14-cv-05285-JD
            Plaintiff,
8
         v.                                **CERTIFICATE OF SERVICE**
9
10   ERIC ARNOLD,
            Defendant.
11

12       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14       That on May 19, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
15
16
17   James Allen Clark ID: E12050
     California State Prison, Solano III
18   P.O. Box 4000 Facility AG-113
     Vacaville, CA 95696-4000
19
20
21   Dated: May 19, 2015



22
23
24
25
26   By:_____
     LISA R. CLARK, Deputy Clerk to the
27   Honorable JAMES DONATO
28

2